# NOTE:

## THIS IS A PARTIALLY SCANNED DOCUMENT.

## PLEASE SEE THE CASE FILE FOR ATTACHMENTS, EXHIBITS, AFFIDAVITS OR OTHER MATERIAL WHICH HAS NOT BEEN SCANNED.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
No. 3:04 CV 359-H

FC NUTMEG, INCORPORATED, d/b/a INTEGRITY )
SPORTS MARKETING, MEDIA & MANAGEMENT )
                                             )
              Plaintiff, )
                                              )
                                              )    **AFFIDAVITS FILED IN**
v.                                          )    **OPPOSITION TO**
                                              )    **DEFENDANTS' MOTION**
JACK WARNER, CARIBBEAN FOOTBALL )    **TO DISMISS**
UNION, J.D. INTERNATIONAL )
                                              )
              Defendants. )
                                                )

Plaintiff FC Nutmeg, Incorporated d/b/a Integrity Sports Marketing, Media & Management hereby files the following Affidavits in Opposition to Defendants' Motion to Dismiss:

        Tab 1 –      Affidavit of Spence G. Millen, sworn to September 20, 2004, including exhibits A through F.

        Tab 2 --     Affidavit of Ann Todd, sworn to September 21, 2004, including exhibits A through G.

        Tab 3 –      Affidavit of Ross Saldarini, sworn to September 16, 2004.

        This the 23ᵈ day of September, 2004.

                                       _M. Todd Sull_
                                      M. Todd Sullivan
                                      State Bar No. 24554

OF COUNSEL:

WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
Post Office Box 831
Raleigh, North Carolina 27602



(919) 755-2100

Attorneys for Plaintiff
FC Nutmeg, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing in the above-captioned action upon all parties by depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

Christian R. Troy, Esq.
Troy & Watson
301 McDowell Street
Suite 1014
Charlotte, N.C. 28204

This the 23rd day of September, 2004.

_____
M. Todd Sullivan
State Bar No. ~~29421~~ 24554