# MCNAIR LAW FIRM, P.A.
ATTORNEYS AND COUNSELORS AT LAW

www.mcnair.net

TWO WACHOVIA CENTER
301 SOUTH TRYON STREET, SUITE 1615
CHARLOTTE, NORTH CAROLINA 28282

TELEPHONE (704)347-1170
FACSIMILE (704)347-4467

June 3, 2005

Honorable Carl Horn, Chief
Charles R. Jonas Federal Bldg., Room 238
401 West Trade Street
Charlotte, NC 28202

    Re:    <u>FC Nutmeg, Inc. v. Jack Warner et al.</u>
            Civil No. 3:04CV359-H (USDC/Western District of NC)

Dear Judge Horn:

    The above referenced matter was reported settled via letter dated June 3, 2005 by Plaintiff's counsel.

    Thank you for the opportunity to serve in this matter.

                              Best wishes,

                              Chase B. Saunders

CBS:ro

cc:    Pressly M. Millen
        Christian R. Troy
        John Collins, Esq.