IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
No. 3:04 CV 359-H

| | |
|---|---|
| FC NUTMEG, INCORPORATED, d/b/a INTEGRITY SPORTS MARKETING, MEDIA & MANAGEMENT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACK WARNER, CARIBBEAN FOOTBALL UNION, J.D. INTERNATIONAL )<br>)<br>Defendants. ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff and Defendant in this action, through their undersigned counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action, including all claims, shall be, and the same hereby is, dismissed WITH PREJUDICE. Each party shall bear its own costs.

This the 23rd day of June, 2005.

Pressly M. Millen
State Bar No. 16178

OF COUNSEL:

WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
Post Office Box 831
Raleigh, North Carolina 27602
(919) 755-2100

Counsel for Plaintiff
FC Nutmeg, Incorporated

1

*/s/ Christian R. Troy*
Christian R. Troy
State Bar No. 8064

OF COUNSEL:

TROY & WATSON
301 McDowell Street
Suite 1014
Charlotte, N.C. 28204
(704) 334-8889

Counsel for Defendants
Jack Warner, J.D. International and
the Caribbean Football Union

2